**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kimisha Y. Madison                    CHAPTER 13
Debtor(s)

BKY. NO. 25-13607 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                    Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
23 Sep 2025, 15:11:03, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 28c62c2792be1f25b49379ded313b924133107b73ae9deaa79396680ff59e493