**Pay Statement**

**School District of Philadelphia**

Page: 1 of 2

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| **Kimisha Madison** | **60456** | | **2025-06-27** | **2025-07-03** |

| Summary | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | **3,830.65** | **54,461.30** |
| Imputed Earnings | **0.00** | **90.75** |
| Pretax Deductions | **444.72** | **6,181.71** |
| Employee Tax Deductions | **889.70** | **12,780.38** |
| Voluntary Deductions | **89.31** | **1,455.33** |
| Net Payment | **2,406.92** | **33,953.13** |

| Earnings | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Base Pay 10 Month Earnings Results | **0.00** | **57,831.14** |
| Extra Curricular Pay Retro | **0.00** | **431.20** |
| Legal Fund Employer PFT Earnings Results | **0.00** | **90.75** |
| Professional Development Leader Retro | **0.00** | **158.56** |
| Professional Development Participant Retro | **0.00** | **183.15** |
| Reserve Accrual Earnings Results | **0.00** | **-10,137.79** |
| Reserve Payout Earnings Results | **3,830.65** | **3,830.65** |

| Absences | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Personal Illness Earnings Deduction | **0.00** | **-1,382.43** |
| Personal Illness Earnings Results | **0.00** | **1,382.43** |
| School District Business Earnings Deduction | **0.00** | **-691.21** |
| School District Business Earnings Results | **0.00** | **691.21** |

| Pretax Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| FLEX Medical Benefit Results | **100.00** | **1,300.00** |
| PSERS Employee Results | **0.00** | **3,790.53** |
| PSERS Reserve Payout Employee Results | **287.30** | **287.30** |
| Salary Medical Employee - PFT HMO 20 Results | **57.42** | **803.88** |

| Tax Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | **349.60** | **5,087.20** |
| Social Security Employee Withheld | **227.74** | **3,246.16** |
| Medicare Employee Withheld | **53.26** | **759.18** |
| SIT Withheld (PA) | **112.77** | **1,607.38** |
| SUI Employee Withheld (PA) | **2.68** | **38.16** |
| City Withheld (PA,Philadelphia,Philadelphia) | **143.65** | **2,042.30** |



**Pay Statement**
**School District of Philadelphia**

Page: 2 of 2

| Other Deductions | | |
|---|---:|---:|
| Description | Current | Year to Date |
| TSA 403B Roth Employee Results | **50.00** | **700.00** |
| Basic Life Employee Results (0) | **0.00** | **12.00** |
| PAC Fund PFT Results (0) | **1.00** | **14.00** |
| Union Dues PFT Results (0) | **38.31** | **543.69** |
| Wage Continuation Employee Results (0) | **0.00** | **185.64** |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---:|
| 115319832 | Bank of America | **2,406.92** |

**Pay Statement**

**School District of Philadelphia**

Page: 1 of 2

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Kimisha Madison | 60456 | | 2025-07-25 | |

| Summary | | |
|---|---:|---:|
| Description | Current | Year to Date |
| Gross Earnings | 3,830.65 | 62,532.90 |
| Imputed Earnings | 0.00 | 90.75 |
| Pretax Deductions | 444.72 | 7,101.93 |
| Employee Tax Deductions | 889.33 | 14,702.56 |
| Voluntary Deductions | 89.31 | 1,640.05 |
| Net Payment | 2,407.29 | 38,997.61 |

| Earnings | | |
|---|---:|---:|
| Description | Current | Year to Date |
| Base Pay 10 Month Earnings Results | 0.00 | 57,831.14 |
| Extra Curricular Pay Retro | 0.00 | 603.68 |
| Legal Fund Employer PFT Earnings Results | 0.00 | 90.75 |
| Professional Development Leader Retro | 0.00 | 396.39 |
| Professional Development Participant Retro | 0.00 | 183.15 |
| Reserve Accrual Earnings Results | 0.00 | -10,137.79 |
| Reserve Payout Earnings Results | 3,830.65 | 11,491.94 |

| Absences | | |
|---|---:|---:|
| Description | Current | Year to Date |
| Personal Illness Earnings Deduction | 0.00 | -1,382.43 |
| Personal Illness Earnings Results | 0.00 | 1,382.43 |
| School District Business Earnings Deduction | 0.00 | -691.21 |
| School District Business Earnings Results | 0.00 | 691.21 |

| Pretax Deductions | | |
|---|---:|---:|
| Description | Current | Year to Date |
| FLEX Medical Benefit Results | 100.00 | 1,500.00 |
| PSERS Employee Results | 0.00 | 3,821.31 |
| PSERS Reserve Payout Employee Results | 287.30 | 861.90 |
| Salary Medical Employee - PFT HMO 20 Results | 57.42 | 918.72 |

| Tax Deductions | | |
|---|---:|---:|
| Description | Current | Year to Date |
| FIT Withheld | 349.60 | 5,869.89 |
| Social Security Employee Withheld | 227.74 | 3,727.08 |
| Medicare Employee Withheld | 53.27 | 871.66 |
| SIT Withheld (PA) | 112.77 | 1,845.51 |
| SUI Employee Withheld (PA) | 2.68 | 43.81 |
| City Withheld (PA,Philadelphia,Philadelphia) | 143.27 | 2,344.61 |



**Pay Statement**
**School District of Philadelphia**

Page: 2 of 2

| Other Deductions | | |
|---|---:|---:|
| Description | Current | Year to Date |
| TSA 403B Roth Employee Results | **50.00** | **800.00** |
| Basic Life Employee Results (0) | **0.00** | **14.00** |
| PAC Fund PFT Results (0) | **1.00** | **16.00** |
| Union Dues PFT Results (0) | **38.31** | **624.41** |
| Wage Continuation Employee Results (0) | **0.00** | **185.64** |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---|

**Pay Statement**

**School District of Philadelphia**

Page: 1 of 2

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Kimisha Madison | 60456 | | 2025-07-25 | 2025-08-01 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 3,830.65 | 62,532.90 |
| Imputed Earnings | 0.00 | 90.75 |
| Pretax Deductions | 444.72 | 7,101.93 |
| Employee Tax Deductions | 889.33 | 14,702.56 |
| Voluntary Deductions | 89.31 | 1,640.05 |
| Net Payment | 2,407.29 | 38,997.61 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Base Pay 10 Month Earnings Results | 0.00 | 57,831.14 |
| Extra Curricular Pay Retro | 0.00 | 603.68 |
| Legal Fund Employer PFT Earnings Results | 0.00 | 90.75 |
| Professional Development Leader Retro | 0.00 | 396.39 |
| Professional Development Participant Retro | 0.00 | 183.15 |
| Reserve Accrual Earnings Results | 0.00 | -10,137.79 |
| Reserve Payout Earnings Results | 3,830.65 | 11,491.94 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Personal Illness Earnings Deduction | 0.00 | -1,382.43 |
| Personal Illness Earnings Results | 0.00 | 1,382.43 |
| School District Business Earnings Deduction | 0.00 | -691.21 |
| School District Business Earnings Results | 0.00 | 691.21 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FLEX Medical Benefit Results | 100.00 | 1,500.00 |
| PSERS Employee Results | 0.00 | 3,821.31 |
| PSERS Reserve Payout Employee Results | 287.30 | 861.90 |
| Salary Medical Employee - PFT HMO 20 Results | 57.42 | 918.72 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 349.60 | 5,869.89 |
| Social Security Employee Withheld | 227.74 | 3,727.08 |
| Medicare Employee Withheld | 53.27 | 871.66 |
| SIT Withheld (PA) | 112.77 | 1,845.51 |
| SUI Employee Withheld (PA) | 2.68 | 43.81 |
| City Withheld (PA,Philadelphia,Philadelphia) | 143.27 | 2,344.61 |



**Pay Statement**
**School District of Philadelphia**

Page: 2 of 2

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| TSA 403B Roth Employee Results | **50.00** | **800.00** |
| Basic Life Employee Results (0) | **0.00** | **14.00** |
| PAC Fund PFT Results (0) | **1.00** | **16.00** |
| Union Dues PFT Results (0) | **38.31** | **624.41** |
| Wage Continuation Employee Results (0) | **0.00** | **185.64** |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---|
| 127035321 | Bank of America | **2,407.29** |

**Pay Statement**

**School District of Philadelphia**

Page: 1 of 2

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Kimisha Madison | 60456 | | 2025-08-08 | 2025-08-15 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 3,878.42 | 66,411.32 |
| Imputed Earnings | 0.00 | 90.75 |
| Pretax Deductions | 448.30 | 7,550.23 |
| Employee Tax Deductions | 905.96 | 15,608.52 |
| Voluntary Deductions | 91.78 | 1,731.83 |
| Net Payment | 2,432.38 | 41,429.99 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Base Pay 10 Month Earnings Results | 0.00 | 57,831.14 |
| Extra Curricular Pay Retro | 0.00 | 603.68 |
| Legal Fund Employer PFT Earnings Results | 0.00 | 90.75 |
| Professional Development Leader Retro | 0.00 | 396.39 |
| Professional Development Participant Retro | 47.78 | 230.93 |
| Reserve Accrual Earnings Results | 0.00 | -10,137.79 |
| Reserve Payout Earnings Results | 3,830.64 | 15,322.58 |

| Description | Program Name | Earned Date | Multiplier | Rate | Units | Amount |
|---|---|---|---|---|---|---|
| Professional Development Participant Retro Results | PD Participant Rate | 2025-05-21 | 1 | 31.85 | 1.50 | 47.78 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Personal Illness Earnings Deduction | 0.00 | -1,382.43 |
| Personal Illness Earnings Results | 0.00 | 1,382.43 |
| School District Business Earnings Deduction | 0.00 | -691.21 |
| School District Business Earnings Results | 0.00 | 691.21 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FLEX Medical Benefit Results | 100.00 | 1,600.00 |
| PSERS Employee Results | 3.58 | 3,824.89 |
| PSERS Reserve Payout Employee Results | 287.30 | 1,149.20 |
| Salary Medical Employee - PFT HMO 20 Results | 57.42 | 976.14 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 359.32 | 6,229.21 |
| Social Security Employee Withheld | 230.70 | 3,957.78 |
| Medicare Employee Withheld | 53.95 | 925.61 |

**Pay Statement**
**School District of Philadelphia**

Page: 2 of 2

| | Current | Year to Date |
|---|---:|---:|
| SIT Withheld (PA) | 114.23 | 1,959.74 |
| SUI Employee Withheld (PA) | 2.71 | 46.52 |
| City Withheld (PA,Philadelphia,Philadelphia) | 145.05 | 2,489.66 |

| Other Deductions | | |
|---|---:|---:|
| Description | Current | Year to Date |
| TSA 403B Roth Employee Results | 50.00 | 850.00 |
| Basic Life Employee Results (0) | 2.00 | 16.00 |
| PAC Fund PFT Results (0) | 1.00 | 17.00 |
| Union Dues PFT Results (0) | 38.78 | 663.19 |
| Wage Continuation Employee Results (0) | 0.00 | 185.64 |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---:|
| 130422678 | Bank of America | 2,432.38 |

**Pay Statement**

**School District of Philadelphia**

Page: 1 of 2

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Kimisha Madison | 60456 | | 2025-08-22 | 2025-08-29 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 3,836.49 | 70,247.81 |
| Imputed Earnings | 8.25 | 99.00 |
| Pretax Deductions | 444.54 | 7,994.77 |
| Employee Tax Deductions | 891.49 | 16,500.01 |
| Voluntary Deductions | 103.57 | 1,835.40 |
| Net Payment | 2,388.64 | 43,818.63 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Base Pay 10 Month Earnings Results | 2,304.03 | 60,135.17 |
| Extra Curricular Pay Retro | 0.00 | 603.68 |
| Legal Fund Employer PFT Earnings Results | 8.25 | 99.00 |
| Professional Development Leader Retro | 0.00 | 396.39 |
| Professional Development Participant Retro | 0.00 | 230.93 |
| Reserve Accrual Earnings Results | -389.91 | -10,527.70 |
| Reserve Payout Earnings Results | 1,914.12 | 17,236.70 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| Personal Illness Earnings Deduction | 0.00 | -1,382.43 |
| Personal Illness Earnings Results | 0.00 | 1,382.43 |
| School District Business Earnings Deduction | 0.00 | -691.21 |
| School District Business Earnings Results | 0.00 | 691.21 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FLEX Medical Benefit Results | 100.00 | 1,700.00 |
| PSERS Employee Results | 143.56 | 3,968.45 |
| PSERS Reserve Payout Employee Results | 143.56 | 1,292.76 |
| Salary Medical Employee - PFT HMO 20 Results | 57.42 | 1,033.56 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FIT Withheld | 350.92 | 6,580.13 |
| Social Security Employee Withheld | 228.10 | 4,185.88 |
| Medicare Employee Withheld | 53.35 | 978.96 |
| SIT Withheld (PA) | 112.95 | 2,072.69 |
| SUI Employee Withheld (PA) | 2.69 | 49.21 |
| City Withheld (PA,Philadelphia,Philadelphia) | 143.48 | 2,633.14 |



**Pay Statement**
**School District of Philadelphia**

Page: 2 of 2

| Other Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| TSA 403B Roth Employee Results | **50.00** | **900.00** |
| Basic Life Employee Results (0) | **0.00** | **16.00** |
| PAC Fund PFT Results (0) | **1.00** | **18.00** |
| Union Dues PFT Results (0) | **38.28** | **701.47** |
| Wage Continuation Employee Results (0) | **14.29** | **199.93** |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---:|
| 134742798 | Bank of America | **2,388.64** |

**Pay Statement**

**School District of Philadelphia**

Page: 1 of 2

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Kimisha Madison | 60456 | | 2025-09-05 | 2025-09-12 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 3,836.48 | 74,084.29 |
| Imputed Earnings | 8.25 | 107.25 |
| Pretax Deductions | 444.54 | 8,439.31 |
| Employee Tax Deductions | 891.49 | 17,391.50 |
| Voluntary Deductions | 103.57 | 1,938.97 |
| Net Payment | 2,388.63 | 46,207.26 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Base Pay 10 Month Earnings Results | 4,608.06 | 64,743.23 |
| Extra Curricular Pay Retro | 0.00 | 603.68 |
| Legal Fund Employer PFT Earnings Results | 8.25 | 107.25 |
| Professional Development Leader Retro | 0.00 | 396.39 |
| Professional Development Participant Retro | 0.00 | 230.93 |
| Reserve Accrual Earnings Results | -779.83 | -11,307.53 |
| Reserve Payout Earnings Results | 0.00 | 17,236.70 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| Personal Illness Earnings Deduction | 0.00 | -1,382.43 |
| Personal Illness Earnings Results | 0.00 | 1,382.43 |
| School District Business Earnings Deduction | 0.00 | -691.21 |
| School District Business Earnings Results | 0.00 | 691.21 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FLEX Medical Benefit Results | 100.00 | 1,800.00 |
| PSERS Employee Results | 287.12 | 4,255.57 |
| PSERS Reserve Payout Employee Results | 0.00 | 1,292.76 |
| Salary Medical Employee - PFT HMO 20 Results | 57.42 | 1,090.98 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FIT Withheld | 350.92 | 6,931.05 |
| Social Security Employee Withheld | 228.11 | 4,413.99 |
| Medicare Employee Withheld | 53.34 | 1,032.30 |
| SIT Withheld (PA) | 112.95 | 2,185.64 |
| SUI Employee Withheld (PA) | 2.69 | 51.90 |
| City Withheld (PA,Philadelphia,Philadelphia) | 143.48 | 2,776.62 |



**Pay Statement**
**School District of Philadelphia**

Page: 2 of 2

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| TSA 403B Roth Employee Results | **50.00** | **950.00** |
| Basic Life Employee Results (0) | **0.00** | **16.00** |
| PAC Fund PFT Results (0) | **1.00** | **19.00** |
| Union Dues PFT Results (0) | **38.28** | **739.75** |
| Wage Continuation Employee Results (0) | **14.29** | **214.22** |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---|
| 138683234 | Bank of America | **2,388.63** |