*Form 242* (3/23)–doc 17 – 15

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Kimisha Y. Madison | ) | Case No. 25−13607−djb |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF INACCURATE FILING

Re: Doc.# [15] Pre−Confirmation Certification

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☐ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☐ Wrong PDF document attached
- ☑ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☐ Other:

In order for this matter to proceed, please submit the above noted correction on or before November 4, 2025, otherwise, the matter will be referred to the Court.

Date: October 21, 2025

For The Court

Mohung Wong
Clerk of Court