*Form 237* (3/23)–doc 22

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Kimisha Y. Madison<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25–13607–djb<br><br>Chapter: 13 |

## NOTICE

To Freedom Credit Union;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that proof of claim #12 in the amount of $14,318.00 has been filed in your name by the Debtor on 1/14/26.

Date: January 15, 2026                                                                       For The Court

                                                                                             Mohung Wong
                                                                                             Clerk of Court