L.B.F. 9014-4

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Kimisha Madison : Chapter 13

:

Debtor : Bky. No. 25-13607

\* \* \* \* \* \* \*

### CERTIFICATION OF SERVICE

    I, Michelle Lee, certify that on January 14, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Proof of Claim Certificate of Service

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 1/14/2025

/s/ Michelle Lee
DILWORTH PAXSON LLP
Michelle Lee, Esq.
1650 Market Street, Suite 1200
Philadelphia, PA 19103

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary).

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Freedom Credit Union<br>Attn: Bankruptcy Department<br>4405 Summerhill Rd.<br>Texarkana, TX 75503 | Creditor | ☐ Hand-delivered<br>XX☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other_____ |
| **KENNETH E. WEST**<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>XX☐ CM/ECF<br>☐ Other_____ |
| **Kimisha Y. Madison**<br>6505 Newtown Avenue<br>Philadelphia, PA 19111<br>PHILADELPHIA-PA | Debtor | ☐ Hand-delivered<br>XX☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other_____ |
| **United States Trustee**<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 | US Trustee | ☐ Hand-delivered<br>XX ☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>XX ☐ CM/ECF<br>☐ Other_____ |
| John King<br>Freedom Credit Union<br>1976 Main Street<br>Springfield, MA 01101 | President/CEO | ☐ Hand-delivered<br>XX ☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other_____ |

# Creditors

**Affirm, Inc.**
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Amex**
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998

**Barclays Bank Delaware**
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

**Capital One**
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

**Citibank N.A.**
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

**Citibank/The Home Depot**
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790046
St Louis, MO 63179

**Freedom Credit Union**
Attn: Bankruptcy Department
4405 Summerhill Road
Texarkana, TX 75503

**Jefferson Capital Systems, LLC**
PO BOX 7999
SAINT CLOUD, MN 56302-9617

**Jpmcb**
MailCode LA4-7100

700 Kansas Lane
Monroe, LA 71203

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Macy's/ DSNB**
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

**PennyMac Loan Services, LLC**
Attn: Correspondence Unit
Po Box 514387
Los Angeles, CA 90051

**PENNYMAC LOAN SERVICES, LLC**
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106

**Pennymac Loan Services, LLC**
KML Law Group, P.C.
c/o Matthew Fissel, Esq.
701 Market Street, Suite 5000
Philadelphia PA 19106-1532

**PennyMac Loan Services, LLC.**
P.O. Box 2410
Moorpark, CA 93020

**PORTFOLIO RECOVERY ASSOCIATES, LLC**
POB 41067
Norfolk, VA 23541

**Syncb/Old Navy**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**Target**
c/o Financial & Retail Srvs
Mailstop BT POB 9475
Minneapolis, MN 55440

**TD Bank USA, N.A.**
C/O Weinstein & Riley, PS
749 GATEWAY, SUITE G-601
ABILENE, TX 79602

**U.S. Department of Housing and Urban Development**
801 Market Street 12th Floor
Philadelphia, PA 19107

**IRS**
**PO Box 7346**
**Philadelphia, PA 19101**