United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 25-13607-djb

Kimisha Y. Madison                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 12, 2026 | Form ID: 155 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimisha Y. Madison, 6505 Newtown Avenue, Philadelphia, PA 19111-5216 |
| 15048094 | + | Freedom Credit Union, Attn: Bankruptcy Department, 4405 Summerhill Road, Texarkana, TX 75503-2737 |
| 15053853 | + | Pennymac Loan Services, LLC, KML Law Group, P.C., c/o Matthew Fissel, Esq., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15048089 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 13 2026 00:20:07 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15064922 | | Email/PDF: bncnotices@becket-lee.com | Feb 13 2026 00:20:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15048090 | + | Email/PDF: bncnotices@becket-lee.com | Feb 13 2026 00:20:05 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 15048091 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 13 2026 00:10:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15048092 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 13 2026 00:20:28 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15053044 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2026 00:20:35 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15048093 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2026 00:20:11 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 15048096 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2026 00:20:10 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15060255 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 13 2026 00:10:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15056677 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 13 2026 00:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15048095 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 13 2026 00:20:04 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15071091 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2026 00:20:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15053698 | ^ | MEBN | Feb 13 2026 00:04:52 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15069283 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 13 2026 00:20:05 | PORTFOLIO RECOVERY ASSOCIATES, LLC, |

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Feb 12, 2026                       Form ID: 155                          Total Noticed: 23

|  |  |  | POB 41067, Norfolk, VA 23541 |
|---|---|---|---|
| 15048097 | + Email/PDF: ebnotices@pnmac.com | Feb 13 2026 00:20:33 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15063945 | + Email/PDF: ebnotices@pnmac.com | Feb 13 2026 00:20:21 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15048098 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2026 00:20:04 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15055269 | Email/Text: bncmail@w-legal.com | Feb 13 2026 00:10:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 15048099 | + Email/Text: bncmail@w-legal.com | Feb 13 2026 00:10:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15048747 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 13 2026 00:20:14 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELLE LEE | on behalf of Debtor Kimisha Y. Madison bky@dilworthlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                       )

    Kimisha Y. Madison         )        Case No. 25−13607−djb

                       )

                       )

    Debtor(s).              )        Chapter: 13

                       )

                       )

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: February 12, 2026                    For The Court

                                      Derek J Baker

                                      Judge, United States Bankruptcy Court