**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
-------------------------------------------------------x
In re                                        :
                                             :      Chapter 13
       KIMISHA Y. MADISON           :
                                             :
                                             :      Case No. 25-13607 (DJB)
                         Debtor.    :
-------------------------------------------------------x
```

**PRAECIPE TO WITHDRAW CLAIM**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Claim No. 13, filed by the Water Revenue Bureau, C/O the City of Philadelphia on March 4, 2026.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: June 29, 2026                  By: */s/ Pamela Elchert Thurmond*
                                      PAMELA ELCHERT THURMOND
                                      Senior Attorney
                                      PA Attorney I.D. 202054
                                      Attorney for the City of Philadelphia
                                              and/or
                                      Water Revenue Bureau
                                      City of Philadelphia Law Department
                                      Municipal Services Building
                                      1401 JFK Boulevard, 5th Floor
                                      Philadelphia, PA  19102-1595
                                      215-686-0508 (phone)
                                      Email: Pamela.Thurmond@phila.gov