**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>KIMISHA Y. MADISON<br><br>Debtor | Chapter 13<br><br>No. 25-13607-DJB |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF NONCOMPLIANCE WITH LOCAL RULE 2016-3 FOR FAILURE TO TIMELY FILE A FEE APPLICATION**

Kenneth E. West, Esquire, Standing Chapter 13 Trustee, certifies that Debtor’s counsel has failed to file a Fee Application in accordance with Local Rule 2016-3(a)(4) and/or Local Rule 2016-3(b)(2).

In accordance with Local Rule 2016-3(a)(4) and/or Local Rule 2016-3(b)(2), the Trustee requests that this Court issue a 28 day Order to Show Cause why the requested fee should not be adjusted pursuant to Local Rules 2016-3(a)(4)(A)(B) and/or Local Rule 2016-3(b)(2)(A)(B).

Date: August 19, 2026

Respectfully submitted,

*/s/ Kenneth E. West, Esquire*
Kenneth E. West, Esquire
Standing Chapter 13 Trustee